UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ORIGINAL

-------------------------------------------------------------

UNITED STATES OF AMERICA,

                             Plaintiff,

         -against-

         Bartlomie Harla

                       Defendant.

:
:
:
:
:
:
:
:
:
:
:

Case No.: 17 MJ 06464 _____ (MRG)

**ORDER OF DISMISSAL**

-------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed nunc pro tunc to April 19, 2018.

SO ORDERED.

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:      21_____ day of October _____, 20 21 ___
              Poughkeepsie, New York